1 So.2d 920

### Arthur FREEMAN v. STATE.

#### 6 Div. 849.

Supreme Court of Alabama.
April 24, 1941.

F. F. Windham, of Tuscaloosa, for petitioner.

Thos. S. Lawson, Atty. Gen., and Francis M. Kohn, Asst. Atty. Gen., opposed.

LIVINGSTON, Justice.

Petition of Arthur Freeman for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Freeman v. State, 1 So.2d 917.

Finding no reversible error, the petition is denied.

Writ denied.

GARDNER, C. J., and THOMAS and BROWN, JJ., concur.

2 So.2d 115

### Burl PIERCE v. STATE.

#### 7 Div. 657.

Supreme Court of Alabama.
April 24, 1941.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the petition.

Gerald & Gerald, of Clanton, and Frank Head, of Columbiana, opposed.

GARDNER, Chief Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Pierce v. State, 2 So.2d 112, wherein a judgment of conviction of rape was reversed.

Writ denied.

THOMAS, BROWN, and LIVINGSTON, JJ., concur.